UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROGER ZELAYA,<br><br>   Plaintiff,<br><br>   v.<br><br>KEN'S FOODS, INC., a foreign corporation; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive,<br><br>   Defendants. | Case No. 2:22-cv-01603-GMN-EJY<br><br>**ORDER** |

Pending before the Court is the Motion to Withdraw as Counsel of Record filed by Kang & Associates. ECF No. 28. No response to the Motion was filed. Good cause is established for the withdrawal requested.

Accordingly, IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel of Record (ECF No. 28) is GRANTED.

IT IS FURTHER ORDERED that the due date for Plaintiff's response to the Motion to Enforce Settlement, filed on December 12, 2023, is *sua sponte* extended to **January 3, 2024** to allow Plaintiff time to obtain new counsel. If no response is filed by the close of business on January 3, 2024, Defendant's Motion to Enforce Settlement may proceed as unopposed.

Dated this 14th day of December, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1